[No. 13371-3-I.   Division One.   December 3, 1985.]

DONALD G. BALL, ET AL, *Appellants*, v. MARTIN
R. MISCHEL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-02036-1, Stuart C. French, J., entered May 27, 1983. *Affirmed* by unpublished opinion per

Grosse, J., concurred in by Webster, J., and Cole, J. Pro Tem.